IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01736-LTB-MJW

WAYNE LITTLE,

Plaintiff,

v.

GARY GOLDER, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Combined Motion for Writ of Habeas Corpus and Assignment of Advisory Counsel, which was filed on October 31, 2005, (Docket No. 11), is DENIED.

      Appointment of counsel for an indigent inmate under 28 U.S.C. § 1915(d) is within the sound discretion of the court.  See Bee v. Utah State Prison, 823 F.2d 397, 399 (10th Cir. 1987).  When deciding whether to appoint counsel "the district court should consider a variety of factors, including the merits of the litigant's claims, the nature of the factual issues raised in the claims, the litigant's ability to present his claims, and the complexity of the legal issues raised by the claims."  Loftin v. Dalessandri, 2001 WL 20731 (10th Cir. Jan. 9, 2001) (quoting Long v. Shillinger, 927 F.2d 525, 527 (10th Cir. 1991)).  Having considered the current record in this case, the Court finds that, even assuming the Plaintiff has a colorable claim, he currently appears to be able to present his case adequately.  The factual and legal issues raised are not so numerous or complex that the plaintiff is unable to present his case adequately at this stage of the litigation.  Should this case proceed to a point where significant fact investigation, discovery, and/or preparation for a hearing becomes necessary, the plaintiff may renew his request for appointment of counsel.

      It is FURTHER ORDERED that the court will allow the Pro Se Incarcerated Plaintiff to participate at the Rule 16 Scheduling Conference on December 14, 2005, at 9:00 a.m. by telephone.  The Pro Se Incarcerated Plaintiff shall telephone this court on December 14, 2005, at 9:00 a.m. The court's telephone number is 303-844-2403.  The Pro Se Incarcerated Plaintiff shall ensure that his case manager has this information in order to make the appropriate arrangements for his participation.

It is FURTHER ORDERED that the Clerk of the Court shall add the following interested party (case manager) to the manual notification for this case and shall receive all future court mailings until further ordered:

TO THE CASE MANAGER OF
Wayne M. Little
#66268
Sterling Correctional facility
PO Box 6000
Sterling, CO 80751

Date: November 2, 2005