IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01736-LTB-MJW

WAYNE LITTLE,

Petitioner,

v.

GARY GOLDER,

Respondents.

MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE WATANABE**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Request (Motion) to Temporary Halt Applicant's 28 U.S.C. § 2254 [sic](docket no. 25) is DENIED. The Pro Se Plaintiff has failed to demonstrate any basis in fact or law to stay this case at this time.

Date: February 23, 2007