**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01736-LTB-MJW

WAYNE LITTLE,
         Plaintiff,

v.

GARY GOLDER,
         Defendant.
_____

**ORDER**
_____

This case is before me on Petitioner's "Response to Order Denying Applicants Request for Temporary Halt to 28 U.S.C. § 2254 Writ of Habeas Corpus."  I take this to be an appeal of the Magistrate Judge's order entered February 23, 2007, Document #27.  Petitioner seeks to exhaust those claims which may now be unexhausted.  The Magistrate Judge's Minute Order states "It is hereby Ordered that the Pro Se incarcerated Plaintiff's Request (Motion) to Temporarily Halt 28 U.S.C. § 2254 [sic] (docket no. 25) is Denied.  The Pro Se Plaintiff has failed to demonstrate any basis in fact or law to stay this case at this time."

This summary denial does not allow for any meaningful review.  Accordingly

IT IS ORDERED that Plaintiff's motion, Docket No. 25, is REMANDED to the Magistrate Judge for further review and appropriate explication of the Magistrate Judge's reasoning for denial of the motion.

                                             BY THE COURT:

                                               s/Lewis T. Babcock
                                             Lewis T. Babcock, Chief Judge

DATED: May 11, 2007