IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01736-LTB-MJW

WAYNE LITTLE,

Petitioner,

v.

GARY GOLDER,

Respondents.

MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE WATANABE**

It is hereby ORDERED that the Pro Se Petitioner's (MOTION) Response to Denial of Recommendation on Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and Petitioner's Request to Temporary Halt Applicant's 28 U.S.C. § 2254 [sic](docket no. 34) is DENIED finding no basis in law or fact for such relief.  Magistrate Judge Watanabe's written RECOMMENDATION (docket no. 32) dated June 21, 2007, remains before Judge Babcock for consideration.

Date:   July 10, 2007