**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

Civil Case No.  05-cv-01736-LTB-MJW

WAYNE LITTLE,

    Plaintiff,

v.

GARY GOLDER,

    Defendant.

_____

**ORDER**
_____

This case is before me on the recommendation of the magistrate judge that the Petitioner's Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Docket No. 6) be denied and dismissed with prejudice.  The magistrate judge further recommends that Petitioner's Request to Temporary [sic] Halt Applicant's 28 U.S.C. § 2254 (Docket No. 25) be denied.

The recommendation was issued and served on June 21, 2007.  On July 10, 2007 the magistrate judge ordered that Petitioner's Response to Denial of Recommendation on Amended Application for a Writ of Habeas Corpus and his Request to Temporary [sic] Halt Applicant's 28 U.S.C. § 2254 be denied finding no basis in law or fact for such relief.  The magistrate judge stated that his "RECOMMENDATION (docket no. 32) dated June 21, 2007, remains before Judge Babcock for consideration."

Petitioner has filed no specific written objections to the magistrate judge's recommendation.  He is, therefore, barred from *de novo* review.  Accordingly,

IT IS ORDERED that Petitioner's Amended Application for a Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2254 (Docket No. 6) is DENIED and the action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Petitioner's Request to Temporary [sic] Halt Applicant's 28 U.S.C. § 2254 (Docket No. 25) is DENIED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   August 6, 2007